JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 874 -- In re Clozapine Antitrust Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 90/12/21 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- filed by deft. Sandoz Pharmaceuticals Corporation for transfer of actions -- w/attachments and cert. of svc -- SUGGESTED TRANSFEREE DISTRICT:  N.D. Illinois  (ds) |
| 91/01/02 | | APPEARANCES --  PERRY GOLDBERG, ESQ. for Victor Dauer, etc.; HOWARD J. SEDRAN, ESQ. for Richard Newell, etc.; THOMAS PURSELL, ESQ. for State of Minnesota; THOMAS GREENE, ESQ. for State of California; JAMES R. LEWIS, ESQ. for State of Colorado; STEVEN RUTSTEIN, ESQ. for State of Connecticut; JEROME HOFFMAN, ESQ. for State Florida; JOHN R. PERKINS, ESQ. for State Iowa; FRANCIS E. ACKERMAN, ESQ. for State of Maine; ELLEN S. COOPER, ESQ. for State of Maryland; GEORGE K. WEBER, ESQ. for State of Massachusetts; TERRY L. ROBERTSON, ESQ. for State of New Hampshire; LAUREL A. PRICE, ESQ. for State of New Jersey; ROBERT HUBBARD, ESQ.  for State of New York; JAMES C. GULICK, ESQ. for State of North Carolina;  MITCHELL L. GENTILE, ESQ. for State of Ohio; ANDREW E. SUBERTINE, ESQ. for State of Oregon; EUGENE F. WAYE, ESQ. for State of Pennsylvania; PERRY A. CRAFT, ESQ. for State of Tennessess; HOLLY LEE WISEMAN, ESQ. for State of Texas; PATRICE M. ARENT, ESQ. for State of Utah; MILTON A. MARQUIS, ESQ. for State of Virginia; CAROL A. SMITH, ESQ. for State of Washington; ROBERT WM. SCHULENBERG, III, ESQ. for State of West Virginia; KEVIN J. O'CONNOR, ESQ. for State of Wisconsin; MICHAEL SENNETT, ESQ. for Caremark, Inc. and DANIEL R. SHULMAN, ESQ. for Sandoz Pharmaceutical, Corp. (rh) |
| 91/01/09 | 2 | RESPONSE/MEMORANDUM -- (to pldg. #1) Filed by the States of California, Colorado, Connecticut, Florida, Iowa, Maine, Maryland, Minnesota, New Hampshire, New Jersey, New York, North Carolina, Ohio, Oregon, Tennessee, Texas, Utah, Washington, West Virginia, Wisconsin, and the Commonwealths of Massachusetts; Pennsylvania, Virginia (States) -- w/cert. of svc. (received 1/9/91) (rh) |
| 91/01/10 | 3 | RESPONSE -- (to pldg. #1) Victor Dauer -- w/cert. of svc. (received 1/10/91) (rh) |
| 91/01/10 | 4 | RESPONSE -- (to pldg. #1) Richard Newell -- w/cert. of svc. (received 1/10/91) (rh) |
| 91/01/10 | 5 | RESPONSE -- (to pldg. #1) Caremark, Inc. -- w/Exhibits 1-4 and cert. of svc. (received 1/10/91) (rh) |

JPML FORM 1A                                                              p. 2

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 874 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/01/16 | 6 | LETTER -- (interested party joins in to pldg. #2) South Dakota -- w/cert. of svc. (rh) |
| 91/01/18 | 7 | REPLY -- Sandoz Pharmaceuticals Corp. -- w/cert. of svc. (received 1/18/91) (rh) |
| 91/02/15 |   | HEARING ORDER -- Setting motion to transfer for Panel Hearing on March 22, 1991 in Palm Springs, California (rh) |
| 91/02/20 | 8 | LETTER -- Interested Party Response -- State of Arizona w/cert. of svc. (sg) |
| 91/02/20 | 9 | LETTER -- Interested Party Response -- State of Idaho w/cert. of svc. (sg) |
| 91/02/26 | 10 | JOINDER IN RESPONSE -- (to pldg. #2) State of Kansas, State of Delaware, District of Columbia -- w/svc. (sg) |
| 91/03/06 | 11 | JOINDER IN RESPONSE (to pldg. #10) -- States of Missouri w/svc. (ds) |
| 91/03/18 | 12 | JOINDER IN RESPONSE (to pldg. #10) -- State of Oklahoma w/svc. (ds) |
| 91/03/20 | 13 | JOINDER IN RESPONSE (to pldg. #2) -- State of Alabama and State of South Carolina w/svc. (ds) |
| 91/03/21 |   | HEARING APPEARANCES -- (For hearing on 3/22/91 in Palm Springs, California) RICHARD G. BRAMAN, ESQ. for Sandoz Pharmaceuticals Corp.; MICHAEL SENNETT, ESQ. for Caremark, Inc.; PERRY GOLDBERG, ESQ. for Victor Dauer; STEVEN M. RUTSTEIN, ESQ. for States of AZ; CA; CO; CT; DE; FL; ID; IA; KS; ME; MD; MA; MN; NH; NJ; NY; NC; OH; OR; PA; SD; TN; TX; UT; VA; WA; WY; WI and District of Columbia; HOWARD J. SEDRAN, ESQ. OR ARNOLD LEVIN, ESQ. for Richard Newell (rh) |
| 91/04/09 |   | CONSENT OF TRANSFEREE COURT -- consenting to the assignment of litigation to the Honorable Harry D. Leinenweber (ds) |
| 91/04/09 |   | TRANSFER ORDER -- transferring A-2 thru A-25 to the Northern District of Illinois for pretrial proceedings -- Notified involved judges, clerks, counsel and misc. recipients (ds) |

JPML FORM 1A
p.3

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 874 -- In re Clozapine Antitrust Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/04/29 | | CONDITIONAL TRANSFER ORDERS FILED TODAY IN B-26 - B-35 (10 actions) LISTED BELOW -- Notified involved judges and counsel (cdm)<br><br>B-26  State of South Dakota v. Sandoz Pharmaceuticals Corp., et al., S.D. New York, C.A. No. 91 CV 244<br>B-27  State of Arizona v. Sandoz Pharmaceuticals Corp., et al., S.D. New York, C.A. No. 91 CV 921<br>B-28  State of Idaho v. Sandoz Pharmaceuticals Corp., et al., S.D. New York, C.A. No. 91 CV 1043<br>B-29  State of Kansas v. Sandoz Pharmaceuticals Corp., et al., S.D. New York, C.A. No. 91 CV 1165<br>B-30  State of Delaware v. Sandoz Pharmaceuticals Corp., et al., S.D. New York, C.A. No. 91 CV 1219<br>B-31  District of Columbia v. Sandoz Pharmaceuticals Corp., et al., S.D. New York, C.A. No. 91 CV 1220<br>B-32  State of Missouri v. Sandoz Pharmaceuticals Corp., et al., S.D. New York, C.A. No. 91 CV 1392<br>B-33  State of Oklahoma v. Sandoz Pharmaceuticals Corp., et al., S.D. New York, C.A. No. 91 CV 1673<br>B-34  State of Alabama v. Sandoz Pharmaceuticals Corp., et al., S.D. New York, C.A. No. 91 CV 1813<br>B-35  State of South Carolina v. Sandoz Pharmaceuticals Corp., et al., S.D. New York, C.A. No. 91 CV 1814 |
| 91/05/15 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- in 10 actions (B-26 - B-35) listed below -- Notified involved clerks and judges (sg)<br><br>B-26  State of South Dakota v. Sandoz Pharmaceuticals Corp., et al., S.D. New York, C.A. No. 91 CV 244<br>B-27  State of Arizona v. Sandoz Pharmaceuticals Corp., et al., S.D. New York, C.A. No. 91 CV 921<br>B-28  State of Idaho v. Sandoz Pharmaceuticals Corp., et al., S.D. New York, C.A. No. 91 CV 1043<br>B-29  State of Kansas v. Sandoz Pharmaceuticals Corp., et al., S.D. New York, C.A. No. 91 CV 1165<br>B-30  State of Delaware v. Sandoz Pharmaceuticals Corp., et al., S.D. New York, C.A. No. 91 CV 1219<br>B-31  District of Columbia v. Sandoz Pharmaceuticals Corp., et al., S.D. New York, C.A. No. 91 CV 1220<br>B-32  State of Missouri v. Sandoz Pharmaceuticals Corp., et al., S.D. New York, C.A. No. 91 CV 1392<br>B-33  State of Oklahoma v. Sandoz Pharmaceuticals Corp., et al., S.D. New York, C.A. No. 91 CV 1673<br>B-34  State of Alabama v. Sandoz Pharmaceuticals Corp., et al., S.D. New York, C.A. No. 91 CV 1813<br>B-35  State of South Carolina v. Sandoz Pharmaceuticals Corp., et al., S.D. New York, C.A. No. 91 CV 1814 |

JPML FORM 1A

B.4

## DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 874 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/04/29 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-36 Sabotka, etc. v. Sandoz Pharmaceuticals, Corp., et al., E.D. Pennsylvania, C.A. No. 92 C 1431 -- Notified involved counsel and judges (rh) |
| 92/05/15 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- (B-36) Dorothy Sabotka, etc. v. Sandoz Pharmaceuticals, Corporation, et al., E.D. Pennsylvania, C.A. No. 92 C 1431 -- Notified involved clerks and judges (kac) |

JPML Form 1

Revised: 8/78

DOCKET NO. 874 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE CLOZAPINE ANTITRUST LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| March 22, 1991 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | April 9, 1991 | TO | Unpublished | N.D. Illinois | Harry D. Leinenweber | |

Special Transferee Information

DATE CLOSED: 11/30/92

JPML FORM 1                              LISTING OF INVOLVED ACTIONS

DOCKET NO. 874 -- In re Clozapine Antitrust Litigation          MDL 91-2431 (MDL DRT)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Victor Dauer, etc. v. Sandoz Pharmaceuticals, Inc., et al. | Ill.,N. Leinenweber | 90-C-6412 | | | 11/30/92D | |
| A-2 | Richard Newell, etc. v. Sandoz Pharmaceuticals, Inc., et al. | N.Y.,S. Keenan | 90-CIV-7724 | 4/9/91 | 91 CV2992 | 11/30/92D | |
| A-3 | State of Minnesota v. Sandoz Pharmaceuticals Corp., et al. | N.Y.,S. Martin | 90-CIV-8055 | 4/9/91 | 91 CV2993 | 11/30/92D | |
| A-4 | State of California v. Sandoz Pharmaceuticals Corp., et al. | N.Y.,S. Martin | 90-CIV-8060 | 4/9/91 | 91CV2994 | 11/30/92D | |
| A-5 | State of Colorado v. Sandoz Pharmaceuticals Corp., et al. | N.Y.,S. Martin | 90-CIV-8079 | 4/9/91 | 91-3043 | 11/30/92D | |
| A-6 | State of Connecticut v. Sandoz Pharmaceuticals, Corp., et al. | N.Y.,S. Martin | 90-CIV-8062 | 4/9/91 | 91CV2996 | 11/30/92D | |
| A-7 | State of Florida v. Sandoz Pharmaceuticals Corp., et al. | N.Y.,S. Martin | 90-CIV-8063 | 4/9/91 | 91CV2998 | 11/30/92D | |
| A-8 | State of Iowa v. Sandoz Pharmaceuticals Corp., et al. | N.Y.,S. Martin | 90-CIV-8064 | 4/9/91 | 91CV2999 | 11/30/92D | |
| A-9 | State of Maine v. Sandoz Pharmaceuticals Corp., et al. | N.Y.,S. Martin | 90-CIV-8065 | 4/9/91 | 91CV3000 | 11/30/92D | |

DOCKET NO. 874 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-10 | State of Maryland v. Sandoz Pharmaceuticals Corp., et al. | N.Y.,S. Martin | 90-CIV-8067 | 4/9/91 | 91CV3026 | 11/30/92D | |
| A-11 | State of Massachusetts v. Sandoz Pharmaceuticals Corp., et al. | N.Y.,S. Martin | 90-CIV-8069 | 4/9/91 | 91CV3027 | 11/30/92D | |
| A-12 | State of New Hampshire v. Sandoz Pharmaceuticals Corp., et al. | N.Y.,S. Martin | 90-CIV-8071 | 4/9/91 | 91CV3028 | 11/30/92D | |
| A-13 | State of New Jersey v. Sandoz Pharmaceuticals Corp., et al. | N.Y.,S. Martin | 90-CIV-8073 | 4/9/91 | 91CV3029 | 11/30/92D | |
| A-14 | State of New York v. Sandoz Pharmaceuticals Corp., et al. | N.Y.,S. Martin | 90-CIV-8074 | 4/9/91 | 91CV3030 | 11/30/92D | |
| A-15 | State of North Carolina v. Sandoz Pharmaceuticals, Corp., et al. | N.Y.,S. ~~Martin~~ Keenan | 90-CIV-8092 | 4/9/91 | 91CV3296 | 11/30/92D | |
| A-16 | State of Ohio v. Sandoz Pharmaceuticals Corp., et al | N.Y.,S. Martin | 90-CIV-8075 | 4/9/91 | 91-3031 | 11/30/92D | |
| A-17 | State of Oregon v. Sandoz Pharmaceuticals Corp., et al. | N.Y.,S. Martin | 90-CIV-8076 | 4/9/91 | 91-3032 | 11/30/92D | |
| A-18 | State of Pennsylvania v. Sandoz Pharmaceuticals Corp., et al. | N.Y.,S. Martin | 90-CIV-8077 | 4/9/91 | 91CV3042 | 11/30/92D | |
| A-19 | State of Tennessee v. Sandoz Pharmaceuticals Corp., et al. | N.Y.,S. Martin | 90-CIV-8080 | 4/9/91 | 91CV3074 | 11/30/92D | |

DOCKET NO. 874 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-20 | State of Texas v. Sandoz Pharmaceuticals Corp., et al. | N.Y.,S. Martin | 90-CIV-8081 | 4/9/91 | 91-3075 | 11/30/92 D | |
| A-21 | State of Utah v. Sandoz Pharmaceuticals Corp., et al. | N.Y.,S. Martin | 90-CIV-8082 | 4/9/91 | 91-CV-3076 | 11/30/92 D | |
| A-22 | State of Virginia v. Sandoz Pharmaceuticals Corp., et al. | N.Y.,S. Martin | 90-CIV-8084 | 4/9/91 | 91 CV 3078 | 11/30/92 D | |
| A-23 | State of Washington v. Sandoz Pharmaceuticals Corp., et al. | N.Y.,S. Martin | 90-CIV-8086 | 4/9/91 | 91-3079 | 11/30/92 D | |
| A-24 | State of West Virginia v. Sandoz Pharmaceuticals Corp., et al. | N.Y.,S. Martin | 90-8087 | 4/9/91 | 91-3093 | 11/30/92 D | |
| A-25 | State of Wisconsin v. Sandoz Pharmaceuticals Corp., et al. | N.Y.,S. Martin | 90-CIV-8089 | 4/9/91 | 91-3095 | 11/30/92 D | |
| B-26 | State of South Dakota v. Sandoz Pharmaceuticals Corp., et al. 4/29/91 | N.Y.,S. Keenan | 91 CV 244 | 5/15/91 | 91-C-3524 | 11/30/92 D | |
| B-27 | State of Arizona v. Sandoz Pharmaceuticals Corp., et al. 4/29/91 | N.Y.,S. Keenan | 91 CV 921 | 5/15/91 | 91-C-3526 | 11/30/92 D | |
| B-28 | State of Idaho v. Sandoz Pharmaceuticals Corp., et al. 4/29/91 | N.Y.,S. Keenan | 91 CV 1043 | 5/15/91 | 91-C-3527 | 11/30/92 D | |
| B-29 | State of Kansas v. Sandoz Pharmaceuticals Corp., et al. 4/29/91 | N.Y.,S. Keenan | 91 CV 1165 | 5/15/91 | 91-C-3528 | 11/30/92 D | |

DOCKET NO. 874 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-30 | State of Delaware v. Sandoz Pharmaceuticals Corp., et al. 4/29/91 | N.Y.,S. Keenan | 91 CV 1219 | 5/15/91 | 91-C-3529 | 11/30/92 D | |
| B-31 | District of Columbia v. Sandoz Pharmaceuticals Corp., et al. 4/29/91 | N.Y.,S. Keenan | 91 CV 1220 | 5/15/91 | 91-C-3530 | 11/30/92 D | |
| B-32 | State of Missouri v. Sandoz Pharmaceuticals Corp., et al. 4/29/91 | N.Y.,S. Keenan | 91 CV 1392 | 5/15/91 | 91-C-3531 | 11/30/92 D | |
| B-33 | State of Oklahoma v. Sandoz Pharmaceuticals Corp., et al. 4/29/91 | N.Y.,S. Keenan | 91 CV 1673 | 5/15/91 | 91-C-3532 | 11/30/92 D | |
| B-34 | State of Alabama v. Sandoz Pharmaceuticals Corp., et al. 4/29/91 | N.Y.,S. Keenan | 91 CV 1813 | 5/15/91 | 91-C-3533 | 11/30/92 D | |
| B-35 | State of South Carolina v. Sandoz Pharmaceuticals Corp., et al. 4/29/91 | N.Y.,S. Keenan | 91 CV 1814 | 5/15/91 | 91-C-3535 | 11/30/92 D | |
| B-36 | Dorothy Sabotka, etc. v. Sandoz Pharmaceuticals, Corporation, et al. 4-29-92 | Penn.,E. Newcomer | 92 C 1431 | 5/15/92 | | 11/30/92 D | |

July 1991 - 30 Tr / 1142 / 35 Pending

July 1992 / 1xyz / 35 Tr / 36 Pending

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 874 -- In re Clozapine Antitrust Litigation

---

VICTOR DAUER, ETC. (A-1)
Perry Goldberg, Esq.
Specks & Goldberg
10 South Wacker Drive
Suite 3500
Chicago, IL  60606

RICHARD NEWELL, ETC. (A-2)
Howard J. Sedran, Esq.
Levin, Fishbein, Sedran & Berman
320 Walnut St., Suite 600
Philadelphia, PA  19106

STATE OF MINNESOTA (A-3)
Thomas Pursell, Esq.
Assistant Attorney General
117 University Ave.
200 Ford Building
St. Paul, MN  55155

STATE OF CALIFORNIA (A-4)
Thomas Greene, Esq.
Supervising Deputy
Attorney General
1515 K St., Suite 511
P.O. Box 944255
Sacramento, CA  94244-2550

STATE OF COLORADO (A-5)
James R. Lewis, Esq.
Assistant Attorney General
Business Regulation Unit
Enforcement Section
110-16th St, 10th Floor
Denver, CO  80202

STATE OF CONNECTICUT (A-6)
Steven Rutstein, Esq.
Assistant Attorney General
110 Sherman St.
Hartford, CT  06105

STATE OF FLORIDA (A-7)
Jerome Hoffman, Esq.
Assistant Attorney General
Chief, Antitrust Bureau
2670 Executive Center Cir. W.
Sutton Building, Suite 108
Tallahassee, FL  32301

STATE OF IOWA (A-8)
John R. Perkins, Esq.
Deputy Attorney General
Hoover State Office Building
Des Moines, IA  50319

STATE OF MAINE (A-9)
Francis E. Ackerman, Esq.
Assistant Attorney General
Consumer & Antitrust Division
State House Station 6
Augusta, ME  04333

STATE OF MARYLAND (A-10)
Ellen S. Cooper, Esq.
Assistant Attorney General
Deputy Chief, Antitrust Division
200 St. Paul Place, 19th Floor
Baltimore, MD  21202

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 874 -- _____

---

STATE OF MASSACHUSETTS (A-11)
George K. Weber, Esq.
Assistant Attorney General
Chief, Antitrust Division
Commonwealth of Massachusetts
One Ashburton Place
Boston, MA   02108


STATE OF NEW HAMPSHIRE (A-12)
Terry L. Robertson, Esq.
Sr. Assistant Attorney General
Consumer Protection and Antitrust
  Bureau
25 Capital St.
Concord, NH   03301


STATE OF NEW JERSEY (A-13)
Laurel A. Price, Esq.
Deputy Attorney General
Division of Criminal Justice
25 Market St. -- CN 085
Trenton, NJ   08625


STATE OF NEW YORK (A-14)
Robert Hubbard, Esq.
Assistant Attorney General
Antitrust Bureau
120 Broadway, Suite 2601
New York, NY   10271


STATE OF NORTH CAROLINA (A-15)
James C. Gulick, Esq.
Special Deputy Attorney General
N.C. Department of Justice
P.O. Box 629
200 New Bern Ave.
Raleigh, NC   27602


STATE OF OHIO (A-16)
Mitchell L. Gentile, Esq.
Assistant Attorney General
Antitruct Section
65 East State St., Suite 708
Columbus, OH   43266-0590


STATE OF OREGON (A-17)
Andrew E. Aubertine, Esq.
Assistant Attorney General
Oregon Department of Justice
Financial Fraud Section
100 Justice Building
Salem, OR   97310


STATE OF PENNSYLVANIA (A-18)
Eugene F. Waye, Esq.
Chief Deputy Attorney General
Antitrust Section
Office of the Attorney General
Commonwealth of Pennsylvania
1435 Strawberry Square
Harrisburg, PA   17120


STATE OF TENNESSEE (A-19)
Perry A. Craft, Esq.
Deputy Attorney General
450 James Robertson Parkway
Nashville, TN   37243-0485


STATE OF TEXAS (A-20)
Holly Lee Wiseman, Esq.
Assistant Attorney General
Antitrust Division
Texas Attorney Gneral's Office
P.O. Box 12548
Austin, TX   78711-2548

JPML FORM 2A -- Continuation

Counsel of Record -- p. 3

DOCKET NO. 874 --

---

STATE OF UTAH (A-21)
Patrice M. Arent, Esq.
Assistant Attorney General, State
  of Utah
236 State Capital
Salt Lake City, UT 84114


STATE OF VIRGINIA (A-22)
Milton A. Marquis, Esq.
Assistant Attorney General
Antitrust and Consumer Litigation
  Section
101 North 8th St.
Richmon, VA 23219


STATE OF WASHINGTON (A-23)
Carol A. Smith, Esq.
Assistant Attorney General for
  State of Washington
900 Fourth Ave., Suite 2000
Seattle, WA 98164


STATE OF WEST VIRGINIA (A-24)
Robert Wm. Schulenberg, III, Esq.
Sr. Assistant Attorney General
Antitrust Division
812 Quarrier St., Fifth Floor
Charleston, WV 25301


STATE OF WISCONSIN (A-25)
Kevin J. O'Connor, Esq.
Assistant Attorney General, State
  of Wisconsin
114 East, State Capital Box 7857
Madison, WI 53707


SANDOZ PHARMACEUTICALS CORP.
Daniel R. Shulman, Esq.
Gray, Plant, Mooty, Mooty
  & Bennett, P.A.
3400 City Center
33 South Sixth St.
Minneapolis, MN 55402


CAREMARK, INC.
Michael Sennett, Esq.
Bell, Boyd & Lloyd
Three First National Plaza
70 West Madison St., Suite 3200
Chicago, IL 60602


STATE OF SOUTH DAKOTA (B-26)
STATE OF ARIZONA (B-27)
STATE OF IDAHO (B-28)
STATE OF KANSAS (B-29)
STATE OF DELAWARE (B-30)
DISTRICT OF COLUMBIA (B-31)
STATE OF MISSOURI (B-32)
Robert Hubbard, Esq.
Assistant Attorney General
Antitrust Bureau [Same as A-14]
120 Broadway, suite 2601
New York, NY 10271


STATE OF OKLAHOMA (B-33)
Robert H. Henry, Esq.
Attorney General
Main Place, Suite 550
420 West Main Street
Oklahoma City, OK 73102


STATE OF ALABAMA (B-34)
James H. Evans, Esq.
Attn. Marc Givan, Esq.
Attorney General
11 South Union St.
Montgomewry, Al 36130


STATE OF SOUTH CAROLINA (B-35)
T. Travis Medlock, Esq.
Attn: William K. Moore, Esq.
Attorney General
P.O. Box 11549
Columbia, SC 29211

JPML FORM 2A -- Continuation

Counsel of Record -- p. _____

DOCKET NO. _____ -- _____

| | |
|---|---|
| DOROTHY SABOTKA, ETC. (B-36)<br>Howard J. Sedran, Esq.<br>Levin, Fishbein, Sedran & Berman<br>320 Walnut Street, Suite 600<br>Philadelphia, PA 19106<br>*[handwritten: SAME AS A-2]* | |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 874 -- In re Clozapine Antitrust Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Sandoz Pharmaceuticals, Inc. | A-1 thru A-25 B-26 thru ~~B-35~~ B-35, B-36 |
| Caremark, Inc. | A-1 thru A-25 B-26 thru ~~B-35~~ B-35, B-36 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |